NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-841

STATE OF LOUISIANA

VERSUS

LAILA BROUSSARD

************

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 99-764,
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.

AFFIRMED.

J. Phillip Haney
 District Attorney
Walter J. Senette, Jr.
 Assistant District Attorney
500 Main Street, 5th Floor
Franklin, Louisiana 70538
(337) 828-4100
Counsel for:
        State of Louisiana

Edward K. Bauman
Louisiana Appellate Project
Post Office Box 1641
Lake Charles, Louisiana 70602
(337) 491-0570
Counsel for Defendant/Appellant:
        Laila Broussard